# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1340

**Motion for:** Removal of Case From Expedited Appeals Calendar and Entry of Stipulated Briefing Schedule (Joint Motion)

**Caption [use short title]**

Risley v. Universal Navigation Inc.

**Set forth below precise, complete statement of relief sought:**

Joint motion to remove this appeal from the Court's expedited calendar and to enter a stipulated briefing schedule

**MOVING PARTY:** A.H. Capital Management, L.L.C., et al.
**OPPOSING PARTY:** n/a [joint motion]

☐ Plaintiff  ☒ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Samir Deger-Sen
**OPPOSING ATTORNEY:** James R. Serritella

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins, 1271 Avenue of the Americas
New York, NY 10020
samir.deger-sen@lw.com, 212-906-1200

Kim & Serritella LLP, 110 West 40th St. 10th Floor
New York, NY 10018
jserritella@kandslaw.com, 212-960-8345

**Court- Judge/ Agency appealed from:** U.S. District Court, Southern District of New York, Judge Katherine Polk Failla

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Samir Deger-Sen  **Date:** 11/7/2023  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# No. 23-1340

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---

NESSA RISLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, JAMES FREELAND, ROBERT SCOTT, ANNIE VENESKY, ANDREW CARDIS, DEAN MEYERS,

*Lead-Plaintiffs-Appellants*,

v.

UNIVERSAL NAVIGATION INC., DBA UNISWAP LABS, HAYDEN Z. ADAMS, PARADIGM OPERATIONS LP, AH CAPITAL MANAGEMENT, L.L.C., DBA ANDREESSEN HOROWITZ, UNION SQUARE VENTURES, LLC, UNISWAP FOUNDATION,

*Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**JOINT MOTION TO REMOVE CASE FROM EXPEDITED APPEALS CALENDAR AND TO ENTER STIPULATED BRIEFING SCHEDULE**

---

| | |
|---|---|
| James R. Serritella | Maeve L. O'Connor |
| KIM & SERRITELLA LLP | Elliot Greenfield |
| 110 West 40th St. 10th Floor | DEBEVOISE & PLIMPTON LLP |
| New York, NY 10018 | 66 Hudson Boulevard |
| 212-960-8345 | New York, NY 10001 |
| | 212-909-6000 |
| | |
| *Counsel for Lead-Plaintiffs-Appellants* | *Counsel for Defendants-Appellees Universal Navigation Inc., d/b/a Uniswap Labs, Hayden Z. Adams, and Union Square Ventures, LLC* |
| Dated: November 7, 2023 | |

(*additional counsel on inside cover*)

Alexander C. Drylewski
Tansy Woan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-2129

*Counsel for Defendant-Appellee Paradigm Operations LP*

Jason Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-735-8600

*Counsel for Defendant-Appellee Uniswap Foundation*

Benjamin A. Naftalis
Douglas K. Yatter
Samir Deger-Sen
Peter Trombly
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200

Susan E. Engel
LATHAM & WATKINS LLP
Suite 1000
555 11th Street, NW
Washington, DC 20004
202-637-2200

*Counsel for Defendant-Appellee A.H. Capital Management L.L.C., d/b/a Andreessen Horowitz*

# RULE 26.1 CORPORATE DISCLOSURE STATEMENTS

Defendant-Appellee Universal Navigation Inc., d/b/a Uniswap Labs, a non-governmental party, certifies that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Defendant-Appellee Paradigm Operations LP, a non-governmental party, certifies that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Defendant-Appellee A.H. Capital Management, L.L.C. d/b/a Andreessen Horowitz, a non-governmental party, certifies that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Defendant-Appellee Union Square Ventures, LLC, a non-governmental party, certifies that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Defendant-Appellee Uniswap Foundation, a non-governmental party, certifies that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 27 and Second Circuit Local Rules 27.1 and 31.2, Lead-Plaintiffs-Appellants Nessa Risley, James Freeland, Robert Scott, Annie Venesky, Andrew Cardis, and Dean Meyers (collectively, "Appellants") and Defendants-Appellees Universal Navigation Inc., d/b/a Uniswap Labs, Hayden Z. Adams, Paradigm Operations LP, AH Capital Management, L.L.C., d/b/a Andreessen Horowitz, Union Square Ventures, LLC, and Uniswap Foundation (collectively, "Appellees," and together with Appellants, "the parties") respectfully request that the Court remove this case from the Expedited Appeals Calendar enter the stipulated briefing schedule set forth below. In support of this motion, the parties state as follows:

1. On August 29, 2023, the District Court issued an opinion granting Appellees' motions to dismiss Appellants' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *Risley v. Universal Navigation Inc.*, No. 1:22-cv-2780 (S.D.N.Y.) (Failla, J.), Dkt. 90. On August 30, 2023, the District Court entered judgment in accordance with its opinion. Dkt. 91.

2. On September 28, 2023, Appellants appealed the District Court's judgment. Dkt. 93. On October 27, 2023, this Court placed Appellants' appeal on the Expedited Appeals Calendar and set the following briefing deadlines:

      Appellants' Brief: December 1, 2023

      Appellees' Brief: January 5, 2024

1

Reply Brief: January 19, 2024

*Risley v. Universal Navigation Inc.*, No. 23-1340 (2d Cir.), ECF 46.

3. The parties respectfully request that this Court remove this appeal from the Expedited Appeals Calendar and enter the following stipulated briefing schedule.

Appellants' Brief: January 17, 2024

Appellees' Brief: April 12, 2024

Reply Brief: May 10, 2024

4. The stipulated briefing schedule will allow the parties to prepare briefing that addresses the issues involved in this appeal in the most direct and efficient manner for this Court's consideration. Additionally, because Appellees are not identically situated with respect to the First Amended Complaint's allegations, Appellees anticipate that they may file multiple response briefs before this Court, as they did in their motion-to-dismiss briefing before the District Court. *See* Dkts. 66, 69, 73. The stipulated briefing schedule will ensure that Appellees have sufficient time to coordinate their response briefing to avoid unnecessary repetition of arguments.

5. Furthermore, during the periods of time for which the parties have sought an extension of time, counsel for the parties will be heavily engaged with the press of other matters. An extension of time will also permit the parties to avoid

deadlines for their principal briefs that fall in close proximity to the upcoming holidays.

6. No party has previously moved to remove this appeal from the Expedited Appeals Calendar or sought an extension of time. This motion is being filed promptly, within eleven days of this Court's order setting the briefing schedule.

Accordingly, the parties respectfully request that the Court grant this motion, remove this case from the Court's Expedited Appeals Calendar, and enter the stipulated briefing schedule.

Dated: November 7, 2023

/s/ James R. Serritella
James R. Serritella
KIM & SERRITELLA LLP
110 West 40th St. 10th Floor
New York, NY 10018
212-960-8345

*Counsel for Lead-Plaintiffs-Appellants*

/s/ Alexander C. Drylewski
Alexander C. Drylewski
Tansy Woan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-2129

*Counsel for Defendant-Appellee Paradigm Operations LP*

/s/ Jason Gottlieb
Jason Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-735-8600

*Counsel for Defendant-Appellee Uniswap Foundation*

Respectfully submitted,

/s/ Elliot Greenfield
Maeve L. O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000

*Counsel for Defendants-Appellees Universal Navigation Inc., d/b/a Uniswap Labs, Hayden Z. Adams, and Union Square Ventures, LLC*

/s/ Samir Deger-Sen
Benjamin A. Naftalis
Douglas K. Yatter
Samir Deger-Sen
Peter Trombly
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200

Susan E. Engel
LATHAM & WATKINS LLP
Suite 1000
555 11th Street, NW
Washington, DC 20004
202-637-2200

*Counsel for Defendant-Appellee A.H. Capital Management L.L.C., d/b/a Andreessen Horowitz*

4

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that this motion complies with the type-volume limitation of Rule 27(d)(2)(A) because this motion contains 468 words, excluding the parts of the motion exempted by Rule 32(f).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 with 14-point Times New Roman font.

Dated: November 7, 2023                     /s/ *Samir Deger-Sen*
                                            Samir Deger-Sen

## CERTIFICATE OF SERVICE

I certify that on November 7, 2023, the foregoing Joint Motion to Remove Case from Expedited Appeals Calendar and to Enter Stipulated Briefing Schedule was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users. All attorneys in this case are filing users.

Dated: November 7, 2023              */s/ Samir Deger-Sen*
                                                          Samir Deger-Sen